Official Form 416B (12/15)

FILED-USBC, FLM-ORL
18 NOV 2024 PM1:41

**Form 416B CAPTION (Short Title)**

***(May be used if 11 U.S.C. § 342(c) is not applicable)***

# United States Bankruptcy Court

Middle District Of Florida

In re REA RAY Brandon,
Debtor

Case No. 6:2024bK05960

Chapter
Chapter 7

*[Designation of Character of Paper]*

## Emergency Motion to terminate UCC-1 Filing

I REA Brandon Filing this Motion to terminate the UCC-1 Filing out of Houston TX. Fundo LLC has did A UCC-1 Filing than use the Filling Statement as A Lien. I REA Brandon has been in contact with (Skyler Parks). Skyler Parks is the staff Attorney For Business and Public Filings Division out of Texas Secretary of state.

FundoLLC is using this Filing Statement as A Lien But Never went to Court. FundoLLC is stopping Me From working which is Why I am In bankruptcy Court.

I Am asking For a Immedialy termination Order without A hearing If possible. I REA Brandon Asking the court for A 3 day determination or hearing. This is so I can go back to Work. Also, To Release any 1099 payment that is owed To Me.

REA Ray Brandon

# LAW OFFICES OF MICHAEL LUPOLOVER, P.C.

MICHAEL LUPOLOVER, ESQ. *

*LICENSED IN NY & NJ

700 E PALISADE AVENUE 2ND FL ENGLEWOOD CLIFFS, NJ 07632
(P) 914.344.6661 • (F) 201.608.7116
(E) Legal@LupoloverLaw.com • (W) www.Lupoloverlaw.com


July 24, 2024

***REGISTERED AGENT / ELECTRONIC TRANSMISSION:***
Stripe Payments Company
c/o CT Corporation System
1200 S Pine Island Road, Suite 250
Plantation, FL 33324
llg-notices@stripe.com

**NOTICE OF UCC LIEN AND NOTICE OF ASSIGNMENT OF ACCOUNT RECEIVABLES AND REQUEST TO WITHHOLD AND REMIT PAYMENT PURSUANT TO UCC § 9-406 AND UCC § 9-607**

***RE:***

Rea Brandon
A/K/A Brandon R Rea
5927 Clydesdale Pl
Orlando, FL 32822
Email: ray_ray660@yahoo.com
Last 4 of SSN: 6601

RAYS BOOM BOOM ROOM LLC
5927 Clydesdale Pl
Orlando, FL 32822
FEIN: 85-2998108

Balance due to Fundo LLC: **$5,214.00**
Reference No.: 028993943,

Dear Sir/Madam,

This notice is being sent pursuant to UCC § 9-406 and § 9-607 with regards to the above-captioned account. Fundo LLC (collectively, referred to herein as "Fundo" or the "Secured Party") maintains a Lien and Security Interest on all assets, including, but without limitation to all the Merchant's Accounts-Receivables (hereinafter, the "Receivables").

It has come to our attention that **Stripe Payments Company and Stripe Connect and Stripe, Inc. / DoorDash Inc. / Lyft Inc. / Maplebear Inc. dba Instacart** (hereinafter, the "Account Debtor") is in possession of receivables due and owing to the Merchant, constituting "Accounts,"[1] and has been conducting business with, and is an "Account Debtor"[2] of **Rea Brandon, A/K/A Brandon R Rea**, operating as a **Limited Liability Company** under the business name of **"RAYS BOOM BOOM ROOM LLC"** (hereinafter, collectively referred to as the "Merchant"). The Merchant entered into a Payment Rights Purchase and Sale Agreement (the "Agreement") on or about **September 19, 2023** with Fundo. A true and correct copy of the redacted Agreement is attached hereto for reference. In

[1] "Account" as defined in U.C.C. §9-102(a) shall mean a right to payment of a monetary obligation, whether or not earned by performance.

[2] "Account debtor" as defined in U.C.C. §9-102(a) shall mean a person obligated on an account, chattel paper, or general intangible.

# LAW OFFICES OF MICHAEL LUPOLOVER, P.C.

accordance with the Agreement and as stated above, Fundo filed a UCC-1 financing statement with the pertinent Secretary of State, thereby obtaining a perfected security interest in the Merchant's assets, including and without limitation the Merchant's Accounts-Receivables. A copy of the UCC-1 and any amendments made thereto is also enclosed for reference.

While it is understood that the Account Debtor has an agreement with the Merchant and not Fundo, this letter is nonetheless being sent to instruct Account Debtor in accordance with UCC § 9-406 and UCC § 9-607, to immediately remit all funds processed or collected on behalf of the Merchant, continuously, and until the amount of **$5,214.00** accrues. Accordingly, to discharge its duties under UCC § 9-406 and § 9-607, from and after the date this letter is received, and until such time all sums have been remitted towards the outstanding balance due, or until such time new instructions are provided by our firm. Payments may be made to the address listed below.

Mail funds and make Payable to: Fundo LLC c/o Law Offices of Michael Lupolover, P.C.
3323 NE 163rd Street, Suite 509
North Miami Beach, FL 33160
* Please include Reference No.: 028993943,

In connection with this Notification and Request to Withhold and Remit, the undersigned, an authorized representative of Fundo, hereby certifies that: (i) Merchant is in default of obligations to Fundo, secured by the assigned payments, receivables, and other accounts; (ii) on account of such default, Fundo is entitled to receive the assigned payments, receivables and other funds as a "Secured Party" under Article 9 of the Uniform Commercial Code (the "UCC"); (iii) Notification has been delivered to **Stripe Payments Company** for the purposes of § 9-406 of the UCC; and (iv) all documents furnished to Account Debtor by Secured Party are true and correct copies of the originals and have been submitted by Secured Party as proof of assignment of the assigned payments and receivables for purposes of § 9- 406(c) of the UCC.

Thank you for your prompt attention to this matter. Should you have any questions or concerns, please contact Legal@LupoloverLaw.com or call (914) 344-6661 upon receipt of this correspondence. Your anticipated cooperation is appreciated.

Yours very truly,

*Law Offices of Michael Lupolover, P.C.*

ML:mr
Enclosures

cc: Rea Brandon
cc: FIDELITY NATIONAL INFORMATION SERVICES, INC.
cc: FISERV, INC.
cc: Roadie Inc.

Uniform Commercial Code
P.O. Box 13193
Austin,Texas 78711-3193

Jane Nelson
Secretary of State

# Office of the Secretary of State

December 28, 2023
Page 1 of 1

Corporation Service Company
251 LITTLE FALLS DRIVE
Wilmington, DE 19808 -

| | |
|---|---|
| Filing Fee: | $15.00 |
| Non-Standard Form Fee: | $15.00 |
| **Total Filing Fee:** | **$30.00** |

Re: **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Financing Statement**

Initial Filing Number: **23-0056086959** Filing Date: **12/20/2023** Filing Time: **5:00 p.m.**

Lapse Date: **12/20/2028** Document Number: **1316576370010**

| Party Type | Party Name and Address |
|---|---|
| Debtor | **RAYS BOOM BOOM ROOM, LLC**<br>**5927 CLYDESDALE PL, ORLANDO, FL, USA, 32822-4231** |
| Debtor | **BRANDON REA R**<br>**5927 CLYDESDALE PL, ORLANDO, FL, USA, 32822-4231** |
| Secured Party | **FUNDO LLC**<br>**3323 NE 163RD STREET, SUIT 509, NORTH MIAMI BEACH, FL, USA, 33160** |

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID: VCASTILLO

[redacted]

23-0056086959
12/20/2023 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
1316576370010

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
CSC 1-800-858-5294

B. E-MAIL CONTACT AT SUBMITTER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

2717 07951
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Texas (S.O.S.)

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

N13

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: RAYS BOOM BOOM ROOM, LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| 1c. MAILING ADDRESS: 5927 CLYDESDALE PL | CITY: Orlando | STATE: FL | POSTAL CODE: 32822-4231 | COUNTRY: USA | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME: Brandon | FIRST PERSONAL NAME: Rea | ADDITIONAL NAME(S)/INITIAL(S): R | | SUFFIX |
| 2c. MAILING ADDRESS: 5927 CLYDESDALE PL | CITY: Orlando | STATE: FL | POSTAL CODE: 32822-4231 | COUNTRY: USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: Fundo LLC | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: 3323 NE 163rd Street, Suit 509 | CITY: North Miami Beach | STATE: FL | POSTAL CODE: 33160 | COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

2717 07951

Fundo

## PAYMENT RIGHTS PURCHASE AND SALE AGREEMENT

This Purchase and Sale Agreement, along with Terms and Conditions (the "Terms and Conditions"), and Payment Authorization Agreement (the "Authorization Agreement") incorporated and referenced herein and collectively and together referred to hereinafter as the "Agreement" dated 9/19/2023 ("Executed Date") is made by and between Fundo LLC (hereinafter, together collectively referred to as the "Fundo" or the "Buyer"), Rea Brandon and the business identified below (hereinafter, together collectively referred to as the "Seller" or the "Merchant"). Fundo and Seller may each individually be referred to hereinafter as a "Party" and may collectively be referred to as the "Parties".

| | | | | | |
|---|---|---|---|---|---|
| Seller/Merchant Name: Rea Brandon | | | | | |
| Business: RAYS BOOM BOOM ROOM LLC | | | | | |
| Address [redacted] | | | | | |
| City: | [redacted] | State: | [redacted] | Zip: | [redacted] |

## OFFER TO SELL AND PURCHASE PAYMENT RIGHTS

Seller, hereby sells, assigns and transfers to Fundo, without recourse, upon Buyer's payment of the Purchase Price ("Buyer's Payment"), the Purchased Amount of Future Receipts by delivering to Fundo the Specified Percentage of the proceeds of each future sale by Seller. "Future Receipts" or "Future Receipts Sold" shall mean, including but not limited to, all payments made including, but not limited to: the Purchased Amount of cash, check, ACH or other electronic transfer ("RCC"), credit card, debit card, bank card, charge card or any other form of monetary payment (each a "transaction" and collectively, together, referred herein as the "Payment Transaction") in the ordinary course of Seller's business. BASED UPON THE BUYER'S CALCULATIONS AND THE SELLER'S EXPERIENCE IN OPERATING ITS BUSINESS, SELLER IS CONFIDENT THAT THE PURCHASE PRICE PAID BY FUNDO IN EXCHANGE FOR THE PURCHASED AMOUNT OF FUTURE RECEIPTS WILL BE USED IN A MANNER THAT WILL BENEFIT SELLER'S CURRENT AND FUTURE BUSINESS OPERATIONS.

**Sale of Future Receipts (THIS IS NOT A LOAN):** Fundo's Small Business Finance Product (the "Program") has associated costs which are listed below and is provided to help you understand and evaluate the Program's cost. Seller is selling a portion of their Future Receipts to the Buyer at a discount, not borrowing money from the Buyer. There is no interest rate or set payment schedule and no time period during which the Purchased Amount must be collected by Buyer. Seller agrees that it will treat Purchase Price and Purchased Amount in a manner consistent with a sale in its accounting records and tax returns. Seller agrees that Buyer is entitled to audit Seller's accounting records upon reasonable Notice in order to verify compliance. Seller waives any rights of privacy, confidentiality, or taxpayer privilege in any such litigation or arbitration in which Seller asserts that this transaction is anything other than a sale of future receipts.

### Small Business Finance Product Associated Costs

| | | | | |
|---|---|---|---|---|
| Purchased Price Amount: $1,425.00 | Disbursed Amount (Minus Fees Withheld) $1,200.00 | Future Receipts Sold $3,420.00 | Specified Percentage 9.71% | Estimated Weekly Payment (* Including Monitoring Fee) $176.00* |
| Total Cost of Capital $2,320.00 | Processing Fee: $200.00<br>Other Fees: $100.00<br>Wire Fee: $25.00 | This is the total amount you will pay, including any upfront costs for capital. The amount does not include fees or other charges you can avoid, such as fees due to NSF (refer to Section VIII of the Terms and Conditions of the Purchase and Sale Agreement). It also assumes your business will generate all of the receivables Purchased by Buyer. | | |

***** PLEASE NOTE: IF SELLER CAN PAY THE FUTURE RECEIPTS SOLD SOONER THEN FUNDO WILL OFFER A DISCOUNT ON THE FUTURE RECEIPTS SOLD *****

Fundo
Fundo LLC
www.Fundo.com
3323 NE 163rd St, Ste 509
N. Miami Beach, FL 33160
Phone: 1-866-393-8636
Email: Legal@Fundo.com

Stripe Payments Company
c/o CT Corporation System
1200 S Pine Island Road, Suite 250
Plantation, FL 33324

July 24, 2024

Dear Sir/Madam:

Please be advised that Fundo LLC has retained the *Law Office of Michael Lupolover, P.C.* to act as their representative in the collection of a defaulted merchant cash advance agreement on past due receivables due and owed to Fundo LLC. In accordance with the secured merchant agreement dated **September 19, 2023** by and between Fundo LLC, and **Rea Brandon**, **A/K/A Brandon R Rea**, operating a business under the name of "**RAYS BOOM BOOM ROOM LLC**" (hereinafter, collectively referred to as the "Merchant") with a mailing address located at ***5927 Clydesdale Pl, Orlando, FL 32822***, a UCC-1 financing statement was filed with the pertinent Secretary of State, thereby obtaining a perfected security interest in the Merchant's assets, including without limitation the Merchant's accounts-receivable.

Feel free to contact the assigned paralegal, Mindy Reznikov, by email at Mindy@LupoloverLaw.com or by calling (914) 344-6661 with any questions or concerns pertaining to this matter.

Sincerely,

Melanie Gapany
Office Manager

# Legal Demand/Order(s) received

PayPal has received one or more Legal Demand/Order(s) that affect your account. If you have any questions or need more information about the order(s), please contact the relevant agency(s).

Legal Demand / Order Type :
UCC Lien

Case Caption :
Fundo LLC vs. Rea Brandon

Legal Demand / Order ID :
028993943

Agency received from :
Fundo LLC

Contact person :
Fundo LLC

Contact information :
Legal@Fundo.com, 866.393.8636

This debtor name search was performed on 08/28/2024 09:22 AM with the following search parameters:
DEBTOR NAME: REA BRANDON
CITY: [Not Specified]

From Texas ~~State~~ Secretary of State Email

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 20-0028238186 | Financing Statement | 06/25/2020 07:01 PM | 1 | 06/25/2025 |

| | | |
|---|---|---|
| Debtor | R MCKNIGHT BRANDON | 1735 COUNTY ROAD 4810<br>ATLANTA, TX, 75551-8404 |
| Secured Party | U.S. BANK EQUIPMENT FINANCE | 1310 MADRID STREET<br>MARSHALL, MN, 56258 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 20-0047802740 | Financing Statement | 09/11/2020 07:03 PM | 1 | 09/11/2025 |

| | | |
|---|---|---|
| Debtor | R MCKNIGHT BRANDON | 1735 COUNTY ROAD 4810<br>ATLANTA, TX, 75551-8404 |
| Secured Party | U.S. BANK EQUIPMENT FINANCE | 1310 MADRID STREET<br>MARSHALL, MN, 56258 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 23-0056086959 | Financing Statement | 12/20/2023 05:00 PM | 13 | 12/20/2028 |

| | | |
|---|---|---|
| Debtor | RAYS BOOM BOOM ROOM, LLC | 5927 CLYDESDALE PL<br>ORLANDO, FL, 32822-4231 |
| Debtor | REA R BRANDON | 5927 CLYDESDALE PL<br>ORLANDO, FL, 32822-4231 |
| Secured Party | FUNDO LLC | 3323 NE 163RD STREET, SUIT 509<br>NORTH MIAMI BEACH, FL, 33160 |

Select All Filings: ☐
[Order Selected Filings] [Order Certificate] [New Search]

The Texas Secretary of State is the central filing office for the receipt, filing, indexing, and recordation of financing statements
Commercial Code (UCC) and certain other lien notice statutes. Our office is required to file a UCC submission that meets minii
not determine the legal sufficiency of or accuracy of information within that instrument.

Chapter 9 of the Texas Business and Commerce Code (B&CC) codifies Article 9 of the UCC and governs secured transactions
of financing agreements in which the lender acquires a security interest in collateral owned by the debtor that entitles the forn

Under the statutory framework of Chapter 9, a financing statement is filed as public notice of a security interest in encumbere
In addition, Chapter 9 provides that it is the responsibility of the filer to ensure the proper authority exists to submit and file do

Because of our ministerial role, we do not have the statutory authority to resolve disputes related to or investigate a specific fil
documents in our records.

Furthermore, please note the following:

- Section 9.210 provides a procedure for a debtor to request certain information from a secured party and sets specific d
- Section 9.518 permits a person named as a debtor to file an information statement with this office if they believe that a particular limitations as to its effect on the underlying instrument;
- Section 9.5185 establishes liabilities, penalties, and judicial relief regarding the filing of a fraudulent financing statemen

Delete Reply all Reply Forward More

1:50 19:24 5G UC 43%

## RE: MY UCC ACCOUNT

The Texas Secretary of State is the central filing office for the receipt, filing, indexing, and recordation of financing statements and other documents provided for under the Uniform Commercial Code (UCC) and certain other lien notice statutes. Our office is required to file a UCC submission that meets minimum statutory filing requirements, though, in doing so, we do not determine the legal sufficiency of or accuracy of information within that instrument.

Chapter 9 of the Texas Business and Commerce Code (B&CC) codifies Article 9 of the UCC and governs secured transactions in personal property (i.e., generally loans, leases, or other types of financing agreements in which the lender acquires a security interest in collateral owned by the debtor that entitles the former to enforce that interest in the event of the latter's default).

Under the statutory framework of Chapter 9, a financing statement is filed as public notice of a security interest in encumbered property but typically does not, in and of itself, create a lien. In addition, Chapter 9 provides that it is the responsibility of the filer to ensure the proper authority exists to submit and file documents.

Because of our ministerial role, we do not have the statutory authority to resolve disputes related to or investigate a specific filing. However, we are able to provide information about filing documents in our records.

Furthermore, please note the following:

Delete Reply all Reply Forward More

1:51 19:34 5G UC 43%

## RE: MY UCC ACCOUNT

Furthermore, please note the following:

- Section 9.210 provides a procedure for a debtor to request certain information from a secured party and sets specific deadlines for compliance;
- Section 9.518 permits a person named as a debtor to file an information statement with this office if they believe that a filing instrument was inaccurate or wrongfully filed, with particular limitations as to its effect on the underlying instrument;
- Section 9.5185 establishes liabilities, penalties, and judicial relief regarding the filing of a fraudulent financing statement; and
- Subchapter J of Chapter 51 of the Texas Government Code provides a judicial review and determination process relating to certain fraudulent records or documents.

Additional remedies may be available under other law, although any such remedy would be pursued through the court system.

The About the Uniform Commercial Code area of our website for additional information that you may find helpful, including a series of frequently asked questions (FAQs) and PDF versions of the forms with supplemental instructions.

Thank you,

Please let me know if you have any further questions.

Respectfully,

Delete Reply all Reply Forward More

1:51 19:44 5G UC 43%

## RE: MY UCC ACCOUNT

Thank you,

Please let me know if you have any further questions.

Respectfully,

Skyler Parks

Staff Attorney, Business & Public Filings Division

Office of the Texas Secretary of State

https://www.sos.state.tx.us

This email provides general answers to the questions raised, is not intended as legal advice and does not establish an attorney-client relationship. Please contact your attorney for legal advice specific to your circumstances.

Website: https://www.sos.texas.gov

Business filing tracker: https://webservices.sos.state.tx.us/filing-status/status.aspx

Business Forms: https://www.sos.state.tx.us/corp/forms_boc.shtml

SOSDirect: https://www.sos.state.tx.us/corp/sosda/index.shtml

Delete Reply all Reply Forward More

Mail body: Fw: MY UCC ACCOUNT

2nd email From Texas secretary Of state

Yahoo Mail: Search, Organize, Conquer

— Forwarded Message —
**From:** "ray ray" <ray_ray660@yahoo.com>
**To:** "civil_process@squareup.com" <civil_process@squareup.com>
**Sent:** Thu, Sep 5, 2024 at 8:35 AM
**Subject:** Fw: MY UCC ACCOUNT

Yahoo Mail: Search, Organize, Conquer

— Forwarded Message —
**From:** "Skyler Parks" <SParks@sos.texas.gov>
**To:** "ray ray" <ray_ray660@yahoo.com>
**Sent:** Wed, Sep 4, 2024 at 9:32 AM
**Subject:** RE: MY UCC ACCOUNT

Good afternoon,

Our office is required to file a UCC submission that meets minimum statutory filing requirements, though, in doing so, we do not determine the legal sufficiency of or accuracy of information withinthat instrument.

If you believe that fraud or another criminal act has been committed, you may wish to contact law enforcement as our office lacks the legal authority to investigate this matter. The main function of our officeis to function as a repository for documents. Other state and local agencies do have investigative powers.

As shown below, remedies for alleged fraud may be available in civil/criminal court.

Please see below for additional information:

- Section 9.210provides a procedure for a debtor to request certain information from a secured party and sets specific deadlines for compliance;
- Section 9.518permits a person named as a debtor to file an information statementwith this office if they believe that a filing instrument was inaccurate or wrongfully filed, with particular limitations as to its effect on the underlying instrument;
- Section 9.5185 establishes liabilities, penalties, and judicial relief regarding the filing of a fraudulent financing statement;

Sec. 9.5185. FRAUDULENT FILING. (a) A person may not intentionally or knowingly present for filing or cause to be presented for filing a financing statement that the person knows:

(1) is forged;

(2) contains a material false statement; or

(3) is groundless.

(b) A person who violates Subsection (a) is liable to the owner of property covered by the financing statement for:

(1) the greater of $5,000 or the owner's actual damages;

(2) court costs; and

(3) reasonable attorney's fees.

(c) A person who violates Subsection (a) also may be prosecuted under Section37.101, Penal Code.

(d) An owner of property covered by a fraudulent financing statement described in Subsection (a) also may file suit in a court of suitable jurisdiction requesting specific relief, including, but not limitedto, release of the fraudulent financing statement. A successful plaintiff is entitled to reasonable attorney's fees and costs of court assessed against the person who filed the fraudulent financing statement. If the person who filed the fraudulent financingstatement cannot be located or is a fictitious person, the owner of the property may serve the known or unknown defendant through publication in a newspaper of general circulation in the county in which the suit is brought.

- Subchapter JofChapter 51 of the Texas Government Code provides a judicial review and determination process relating to certain fraudulent records or documents.

Respectfully,

Skyler Parks

Staff Attorney, Business & Public Filings Division

Office of the Texas Secretary of State

https://www.sos.state.tx.us

This email provides general answers to the questions raised, is not intended as legal advice and does not establish an attorney-client relationship. Pleasecontact your attorney for legal advice specific to your circumstances.

Website: https://www.sos.texas.gov

Business filing tracker: https://webservices.sos.state.tx.us/filing-status/status.aspx

Business Forms: https://www.sos.state.tx.us/corp/forms_boc.shtml

SOSDirect: https://www.sos.state.tx.us/corp/sosda/index.shtml

SOSUpload: https://direct.sos.state.tx.us/ef/index.aspx

Wage garnishment is something that people commonly think of as a way for debt collectors to take the money that they owe. In Texas, wage garnishment is prohibited by the Texas Constitution except for a few kinds of debt: child support, spousal support, student loans, or unpaid taxes. A debt collector cannot garnish your wages for ordinary debts.

However, Texas does allow for a bank account to be frozen. Once your wages are deposited into your bank account, the funds can be frozen and possibly seized. In order to do this, a debt collector must have won the lawsuit and had an order issued by the court. This can be confusing because the order is called a "writ of garnishment" but it still cannot be used to take incoming wages.

## Texas Law

- Texas Constitution, Article 16, Section 28
  This section of the Texas Constitution prohibits wage garnishment except for child support and spousal maintenance.
- Texas Civil Practice and Remedies Code, Chapter 61
  This chapter discusses the writ of attachment, which allows a creditor to place a claim on a debtor's assets, including funds in a bank account, while a suit over the debt is going on.
- Texas Civil Practice and Remedies Code, Chapter

FILED

NOV 18 2024

Clerk, U.S. Bankruptcy,
Orlando Division

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

In re REA Ray Brandon

Debtor(s)

Case No. 6:24-bk-05960

Chapter 7

## CERTIFICATE OF SERVICE

1. I, Rea Brandon:

☑ am the Debtor in this case and am representing myself.

2. On November 18, 2024, I sent a copy of the following pleadings and/or documents listed below to the parties attached:

Emergency Motion To Terminate UCC-1 Filing

3. I certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Date: 11-18-2024

Signature(s) REA Brandon

Phone No. 704-421-5943

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fundo LLC<br>Email TO<br>Nancy@Fundo.com | ☐ Debtor<br>☑ Creditor<br>☐ Other ________ | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other Email To Fundo LLC<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Notify Stripe<br>Stripe Payment Company<br>LLg-Notices@stripe.com | ☐ Debtor<br>☐ Creditor<br>☑ Other 3rd Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | ☐ Debtor<br>☐ Creditor<br>☐ Other ________ | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | ☐ Debtor<br>☐ Creditor<br>☐ Other ________ | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | ☐ Debtor<br>☐ Creditor<br>☐ Other ________ | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |