Official Form 416B (12/15)

**Form 416B CAPTION (Short Title)**

FILED-USBC, FLM-ORL
2 DEC 2024 AM10:27

***(May be used if 11 U.S.C. § 342(c) is not applicable)***

# United States Bankruptcy Court

_______________ District Of _______________

In re Rea Ray Brandon,
Debtor

Case No. 6:24-BK-05960

Chapter 7

*[Designation of Character of Paper]*

Emergency Motion For Violation of Automatic Stay

Requesting hearing on Dec. 5, 2024

Please Read Attachments

The Creditors and I will already be here on Dec 5, 2024 for A hearing.

**Mail body: Fw: Motion for sanctions. Violation for automatic stay**

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "ray ray" <ray_ray660@yahoo.com>
**To:** "Sheila Barnette" <officedepot@printme.com>
**Cc:** "Rea Brandon" <ray_ray660@yahoo.com>
**Sent:** Mon, Dec 2, 2024 at 9:19 AM
**Subject:** Motion for sanctions. Violation for automatic stay

On December the 5 ,2024 I have a emergency motion to terminate the UCC-1 lien. This alone is proof that the 2 creditors Fundo LLC and Stripe isn't following the automatic stay. I will have a ( exhibit A) for what Roadie the company said and the 1099 job that I was working. This lost of a job not only significantly hurt my life by not working the job but the sole reason why I'm in bank court. ( exhibit B) will be evidence with Stripe and ( exhibit C) will be fundo LLC information and how Stripe and fundo LLC violated the stay order. I contacted fundo immediately when I filed the bankruptcy case. They told me that they didn't care and stop calling. A week later I file a emergency hearing explaining that I need to terminate the ucc-1 filing. I than email it to fundo and I called again to verify that they got the emergency motion in the email. The supervisor said all of it goes to her legal team and she ask why I called. I explain that I needed to make sure they got the email because the court told me to make sure. The supervisor told me that I shouldn't be calling to make sure. I than stated that you know that you can't keep that ucc-1 lien on me and she said she know more than me and she can keep it on 3 months after discharge. She told me that she know I filed for bankruptcy. (In my exhibit with Stripe you see that Stripe ask for fundo to release the ucc-1 lien.) I have been emailing Stripe and you will see in the (exhibit B) that the emails show I sent the bankruptcy infomation by email and the emergency motion to terminate the UCC-1. You see that they (Stripe) say they want to verify that I'm in bankruptcy over a week later. So you can see that Stripe do not take this seriously at all. Stripe and fundo don't take this court order seriously. As I turn this in on December 2, 2024 they not only have not release my funds but they are hiding my assets from the court and still garnishing my money. I stil can't work at my old job because of the ucc-1 filing. I don't know how much money they have of mine. I don't know how many companies this garnishment is at and the trustee is in the dark about all of this. Fundo and Stripe can lie about what they have and don't have of my money and we ( the court) and debtor has to trust there word. In the email when Stripe is telling me that they asking fundo to send a release paperwork to release my funds and maybe able to work again back with Roadie. This self incriminating emission is telling me and the court the Stripe know about the bankruptcy and fundo is more important than the court and the court stay because Stripe don't believe the court will do anything. The ucc-1 not even a legal lien. I didn't go to court on it. I didn't get do process. Fundo made up how much I owe and than use my LLC that I never use in my life to act like I got money through my LLC. Stripe told me that they can hold on to my money just because they want to and they are a independent company. A big company put there will on me because I can't afford to fight back. This court is my voice and the only way I can legally fight back. This act from Stripe and fundo is a clear knowledgeable, willing and a egregious act towards the court. There actions in this matter is Not Reversible and has dyer consequences for my life.

Damages and emotion distress

I had to put my apartment in bankruptcy because that ucc-1 stop the job that I had to pay my bills. The 5th of December determine do I have a job with doordash. Doordash has gave me until then to undo the ucc-1 filing statement or they have to kick me off there platform. I can't get back to work with Roadie without the release of my money from Stripe. This will be in (exhibit A). I don't know if I have the funds to pay my rent in December because the ucc-1 lien is everywhere. My cashapp is permanent close and I can't use Stripe, papal is limited and other companies. I am the sole provider for my daughter that I have full custody too and her mom stay in South Carolina. I also have full responsibility for my grandmother that stay with me and she is 84 years old. I have no family in florida. I am having anxiety so bad that at times I can't breathe. I am losing wait and headaches is get to the point that I have to pull over when I'm driving. I can't miss any time to go to the hospital because I have to feed my daughter and grandma everyday from what I'm making. I'm on the road with doordash 9 to 12 hrs a day everyday. I mean in the literal sense. I am losing my lively hood because the 2 creditors didn't follow the stay court order. I don't know if I can keep my job but I do know I can never make my original money that I was making because of the stay violation that has irrevable damages. My life will never be the same because of the damage that was done to me. My daughter is asking me so much about how I'm doing that it has affected her and her mental health.

Asking for actual damages, emotional distress, and punitive damages

I am asking the court to award $100,000 from fundo llc and $100,000 from Stripe for actual damages. This total is $200,000

I am and asking the court to award $100,000 from fundo llc and $100,000 from Stripe for emotional distress. This total is $200,000

I am asking the court $300,000 from fundo llc and $300,000 from Stripe for punitive damages. This total is $600,000

Exhibit A

**Mail body: Fw: Account Deletion Requests [ thread::py9l_O_cCgyfjaK3tPA5iR8:: ]**

Yahoo Mail: Search, Organize, Conquer

— Forwarded Message —
**From:** "Privacy Requests" <privacy@roadie.com>
**To:** "ray_ray660@yahoo.com" <ray_ray660@yahoo.com>
**Sent:** Fri, Oct 11, 2024 at 9:47 AM
**Subject:** Re: Account Deletion Requests [ thread::py9l_O_cCgyfjaK3tPA5iR8:: ]
Hey There,

Thank you for reaching back out to our team. We are unable to restore your account. You must work with Stripe first to restore your account.

Stripe will have recently reached out to resolve this, but if you require further assistance please contact them via https://support.stripe.com/contact

Best,

Felix
Trust & Safety

---------------- Original Message ---------------
**From:** Privacy Requests [privacy@roadie.com]
**Sent:** 10/8/2024, 9:13 AM
**To:** ray_ray660@yahoo.com
**Subject:** Re: Account Deletion Requests [ thread::py9l_O_cCgyfjaK3tPA5iR8:: ]

Hey There,

Thank you for reaching back out to our team. We are unable to restore your account. You must work with Stripe first to restore your account.

Stripe will have recently reached out to resolve this, but if you require further assistance please contact them via https://support.stripe.com/contact

Best,

Felix
Trust & Safety

--------------- Original Message ---------------
**From:** ray ray [ray_ray660@yahoo.com]
**Sent:** 10/7/2024, 11:59 AM
**To:** privacy@roadie.com
**Subject:** Re: Account Deletion Requests [ thread::py9l_O_cCgyfjaK3tPA5iR8:: ]

Hello, those Rea Brandon and I'm ask you to reactive my account. Thank you. I ask awhile back but no response.

Yahoo Mail: Search, Organize, Conquer

On Tue, Aug 27, 2024 at 4:55 PM, Privacy Requests <privacy@roadie.com> wrote:

> Hello,

# Exhibit B

Mail body:

8:53 5G UC 40%

# Fw: I need a response

Stripe

Show trimmed content

RR Me Nov 26

I hope it's before Thanksgiving. When am I able...

L llg-notices@stripe.com Nov 28

To: Me

Hi there,

To expedite the process, we have asked the law firm to send us the release notice so that we can remove the hold from your account. As soon as we receive the release, we will prioritize its processing.

Thank you for your patience, and please feel free to reach out if you have any questions.

Best,
Stripe

On November 27, 2024 at 8:50 AM GMT+5:30 ray_ray660@yahoo.com wrote:

llg-notices@stripe.com Nov 26

To: Me

Hi there,

I wanted to inform you that we have sent the bankruptcy notice to our counsel, and we are currently waiting for confirmation regarding the validity of the bankruptcy. Once we can confirm that this bankruptcy is valid, we will proceed to release the hold from your accounts.

Thank you for your patience during this process. If you have any questions or need further assistance, please feel free to reach out.

Best,
Stripe

Show trimmed content

Write a reply...

Delete Reply Reply all Forward More

8:51 5G UC 41%

I hope it's before Thanksgiving. When am I able to work with Roadie again?

Yahoo Mail: Search, Organize, Conquer

On Tue, Nov 26, 2024 at 10:15 PM, llg-

Write a reply...

Delete Reply Reply all Forward More

8:52 5G UC 40%

# Fw: I need a response

RR Me Nov 22

To: llg-notices@stripe.com

I need a response and why I have not got my funds release back to me? How many emails I need to give you before a response?

Yahoo Mail: Search, Organize, Conquer

show_...02.pdf

**(No Subject)**

RR Me
To: llg-notices@stripe.com
Nov 18

Official Form 416B (12/15)

FILED-USBC, FLM-ORL
18 NOV 2024 PM 1:41

Form 416B CAPTION (Short Title)

*(May be used if 11 U.S.C. § 342(c) is not applicable)*

# United States Bankruptcy Court

Middle District Of Florida

In re REA RAY Brandon
Debtor

Case No. 6:2024bK059

Chapter Chapter 7

*[Designation of Character of Paper]*

Emergency Motion to terminate UCC

Write a reply...

Delete Reply Forward Move More

8:51 5GUC 41%

# Fw: My roadie account

llg-notices@stripe.com Aug 30
To: Me & 3 more

Hi there,

Unfortunately, Stripe is an independent third party in this matter and is legally obligated to follow the instructions on the notice. Stripe would need to receive a release to remove the hold in this matter.

We have been provided with a UCC financing statement, merchant agreement, and a notice addressed to Stripe.

Please be informed that we will not remit the funds to the creditor unless we receive a release agreement signed by the stripe merchant or a court order

llg-notices@stripe.com Aug 30

To: Me & 3 more

Hello Ray,

Thanks for reaching out.

There is an active lien on the account from LAW OFFICES OF MICHAEL LUPOLOVER, P.C. To process the release, we need the creditor to send us the release so the merchant can receive their payout.

Please connect with the creditor and ask them to send the release to llg-notices@stripe.com for faster processing.

We will prioritize payouts as soon as we receive the release.

**Note** - *I've added the creditor to this thread to help expedite the process. We request LAW OFFICES OF MICHAEL LUPOLOVER, P.C. to resolve the lien and provide us with the release here.*

Best,
Stripe

Show trimmed content

Rea Br...ce.pdf

signed by the stripe merchant or a court order.

We advise you to kindly work with the creditor and have us send a release/withdrawal.

Best,
Stripe

On August 30, 2024 at 2:42 PM GMT+5:30 ray_ray660@yahoo.com wrote:

5:11 96%

guides.sll.texas.gov/c

Garnishment

Write a reply...

Delete Reply Reply all Forward More

8:49 5G UC 41%

# Fw: My roadie account

Exhibit C

Mail body: Fw: 028993943-FL

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "ray ray" <ray_ray660@yahoo.com>
**To:** "nancy@fundo.com" <nancy@fundo.com>
**Sent:** Mon, Nov 18, 2024 at 2:11 PM
**Subject:** Re: 028993943-FL



Official Form 416B (12/15)

Form 416B CAPTION (Short Title)
(May be used if 11 U.S.C. §342(c) is not applicable)

FILED-USBC
18 NOV 202

United States Bankruptcy Court

Middle District of Florida

In re Rea Ray Brandon
Debtor

Case No. 6:2024
Chapter Chapter 7

[Designation of Character of Paper]

Emergency Motion to terminate



Yahoo Mail: Search, Organize, Conquer

On Tue, Jul 16, 2024 at 3:24 PM, Nancy A Miller
<nancy@fundo.com> wrote:

We appreciate your office investigating this matter further. In light of finding additional account debtor(s) of Rea Brandon, operating business under the name of RAYS BOOM BOOM ROOM, LLC., located at **5927 Clydesdale PL. Orlando, FL. 32822-4231,EIN# 85-2998108**, we would appreciate your firm move forward in notifying all account debtors of our legal right to seize assets under said UCC Lien in place, in an effort to recoup finds pursuant to the breached contract with Fundo LLC. Although we have attempted to communicate in an effort to resolve this issue voluntarily with Ms./Mr. Brandon. There has not been any indication of a amicably resolve from said plaintiff.

Leading our office to pursue all legal recourse regarding this outstanding balance of $5214.00 at this time, In the best interest of Fundo LLC. We wish to enforce the UCC Lien in place.

Should your office have any questions, please feel free to contact me directly.

I have CC: and attached a copy of the UCC Lien acknowledgement,

to Ms./Mr. Brandon. in this email to keep said person informed of all correspondents.

Sincerely,

Nancy Miller

Pre-legal collector

Fundo LLC.

nancy@fundo.com

(786) 789-9544

1-866-363-8636