**ORDERED.**

**Dated: January 15, 2025**

Tiffany P. Geyer
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>Brandon, Rea Ray,<br><br>Debtor. | Chapter 7<br><br>Case No. 6:24-bk-05960-TPG |

**ORDER DENYING EMERGENCY MOTION FOR SANCTIONS AGAINST STRIPE PAYMENT COMPANY AND FUNDO LLC FOR VIOLATION OF THE AUTOMATIC STAY**

THIS PROCEEDING came before the Court on pro se Debtor Rea Ray Brandon's *Emergency Motion for Sanctions Against Stripe Payment Company and Fundo LLC for Violation of the Automatic Stay* [Docket No. 39] (the "Motion"), filed December 20, 2024, and the *Response of Stripe, Inc. to Emergency Motion for Sanctions Against Stripe Payment Company and Fundo LLC for Violation of the Automatic Stay* [Docket No. 44] (the "Response"),[1] filed by Stripe, Inc. (together with Stripe Payment Company, "Stripe") on January 6, 2025; and the Court having heard all arguments at the hearing on January 8, 2025, at 3:00 p.m. (ET) (the "Hearing"); and having found that Stripe removed the hold on the Debtor's Account on December 24, 2024, and is

[1] Capitalized terms used herein but otherwise not defined shall have the meaning ascribed to them in the Response.

permitting the Debtor access to and use of the Account in the ordinary course, pursuant to the customary terms and conditions of the Account.

Accordingly, it is

**ORDERED** as follows:

1. The Motion is **DENIED** in all aspects.

2. No sanctions are assessed against Fundo LLC or Stripe.

3. All other requests in the Motion are **DENIED** for the reason stated on the record at the Hearing.

###

Attorney Noah M. Schottenstein is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within three (3) days of entry of the order.